# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0132
Lower Tribunal No. 2024-CF-009958

_____

WILLIAM SCOTT HAMLET,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Catherine L. Combee, Judge.

May 19, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and PRATT, JJ., concur.


Blair Allen, Public Defender, and  Maureen E.  Surber, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED